SEALED

LAWRENCE G. BROWN
Acting United States Attorney
SHEILA K. OBERTO
KIRK E. SHERRIFF
Asst. United States Attorneys
2500 Tulare St., Suite 4401
Telephone: (559) 497-4022
Facsimile: (559) 497-4099

Attorneys for the
United States of America

FILED
APR 13 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

1:09 SW 0085 SMS

IN THE MATTER OF THE SEARCH OF

9384 EAST STANFORD AVENUE
PLANADA, CA

) Case No.
)
) SEALING ORDER
)
)
)
)
)
)

Upon Petition of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Search Warrant in the above-captioned matter be and hereby is ordered sealed until further order of this Court.

Dated: April 10, 2009

HON. SANDRA M. SNYDER
U.S. Magistrate Judge

SEALING ORDER