```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  KIRK E. SHERRIFF
    Assistant United States Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA  93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for Plaintiff
 6  United States of America
```

FILED
OCT 28 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of:<br><br>9384 EAST STANFORD AVE.<br>PLANADA, CALIFORNIA | CASE NO. 1:09-SW-0085 SMS<br><br>MOTION AND PROPOSED ORDER TO UNSEAL SEARCH WARRANT |
|---|---|

The United States of America hereby applies to this court for an order that the search warrant affidavit and search warrant, sealed on April 21, 2009 pursuant to an order of this court, be unsealed. The reason for the request is that the defendant whose residence was the subject of the search warrant has now been arrested and had his initial appearance in the S.D. Cal. on October 29, 2019. Therefore, there no longer exists any reason to keep the search warrant affidavit and warrant secret.

///

///

///

Accordingly, the United States requests that the search warrant affidavit and warrant be unsealed and made public record.

DATED: October 28, 2019

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

By /s/
KIRK E. SHERRIFF
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: October 28, 2019

United States Magistrate Judge

Motion to Unseal Search Warrant 2